## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| JILLIAN SIPES, Individually & On Behalf of the Estate of JIMMY LEE SIPES & Next Friend of J.S. and MADISON SIPES<br>    *Plaintiffs*<br><br>**v.**<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, STEPHANIE ANDERS & J&J'S BARGAIN BARN, LLC<br>    *Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL NO. 2:21-CV-236 |

## FINAL PARTIAL AGREED JUDGMENT AGAINST J&J'S BARGAIN BARN, LLC

On this day came on to be heard the above-entitled and numbered cause, and it appearing to the Court from examination of the pleadings herein, Jackson Sipes, whose date of birth is February 1, 2012 (the "Minor Plaintiff"), and the Court finding Guardian Ad Litem, Kurt Truelove, has heretofore been appointed by the Court to represent the interests of the Minor Plaintiff:

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that Kurt Truelove, a practicing attorney before this Court, heretofore appointed Guardian Ad Litem for the Minor Plaintiff by Order of this Court, is hereby awarded a reasonable fee for his services which shall be taxed as costs against Defendant, **J&J'S BARGAIN BARN, LLC** (hereinafter referred to as "Defendant"), in the amount of $2,500.00.

It also appearing to the Court after said Guardian Ad Litem made an investigation of the incident in question, the present physical condition of the Minor Plaintiff, and the facts of this case as to liability and damages, came all parties and announced ready for trial and expressly

waived a jury, and it was thereupon announced ready in open court, subject to the approval of the Court, all matters and controversies herein had been settled and compromised, and the Court, after hearing the pleadings and the evidence in regard to the injuries and damages complained of by the Minor Plaintiff, together with evidence as to the manner in which those injuries and damages were received and the extent of same, and having duly considered the Compromise Settlement Agreement and Release Of All Claims is under all of the circumstances fair and reasonable and in the best interests of the Minor Plaintiff, and such agreement should be ratified and approved.

The court finds that the Guardian Ad Litem has completed his duties and it is ORDERED that the Guardian Ad Litem is discharged and released from further duties as Guardian Ad Litem for the Minor Plaintiff, Jackson Sipes.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court the Minor Plaintiff does have and recover from the Defendant the total sum of **Seventy Thousand, Three Hundred and Fifty One Dollars and 23/100 Cents ($70,351.23)**, which will be paid by Lancer Insurance Company as follows:

To:    The Law Office of James Holmes, P.C. the sum of **Twenty Two Thousand, Eight Hundred and Fifty One Dollars and 23/00 Cents ($22,851.23)** for attorney's fees associated with the legal representation of the Minor Plaintiff, Jackson Sipes.

To:    Pacific Life & Annuity Services, Inc. the sum of **Forty Seven Thousand and Five Hundred Dollars and 00/00 Cents ($47,500.00)** for the use and benefit of the Minor Plaintiff, Jackson Sipes, after he reaches the age of eighteen (18), which the Court finds to be <u>February 1, 2030,</u> as outlined below.

IT IS FURTHER ORDERED that the sum Forty Seven Thousand and Five Hundred Dollars and 00/00 Cents ($47,500.00) to fund the future Periodic Payments, recovered herein for the use and benefit of the Minor Plaintiff, Jackson Sipes, to be paid to Pacific Life & Annuity Services, Inc. by Lancer Insurance Company on behalf of Defendant, shall be paid in future periodic payments

utilizing a fixed annuity from **Pacific Life Insurance Company**, according to the schedule as follows ("Periodic Payments"):

> Payee: Jackson Sipes
>
> Beginning 02/01/2030, $ 468.84 per month for 7 years certain only, with the last guaranteed payment on 01/01/2037 (84 guaranteed payments)
>
> $15,000.00 guaranteed lump sum payment on 02/01/2030
> $25,000.00 guaranteed lump sum payment on 02/01/2037

IT IS FURTHER ORDERED that the obligation to make the periodic payments described herein may be assigned to **Pacific Life & Annuity Services, Inc.** and funded by an annuity contract issued by **Pacific Life Insurance Company**. All sums set forth herein constitute damages on account of personal injuries and sickness in a case involving physical injury or physical sickness within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

IT IS FURTHER ORDERED that Plaintiffs and/or Payees acknowledge and agree that neither the Periodic Payments nor any rights thereto or interest therein (collectively, "Payment Rights") can be:

> (a)      accelerated, deferred, increased or decreased by the Plaintiffs and/or Payees;
>
> (b)      sold, mortgaged, assigned, pledged, hypothecated or otherwise transferred or encumbered, either directly or indirectly, by the Plaintiffs and/or Payees unless such sale, assignment, pledge, hypothecation or other transfer or encumbrance (any such transaction being hereinafter referred to as a "Transfer") has been approved in advance in a "qualified order" as outlined in Section 5891(b)(2) of the Internal Revenue Code of 1986, as amended (a "Qualified Order"), and approved by the then sitting Judge of this Court and otherwise complies with applicable state law, including without limitation to any and all applicable state structured settlement protection statues.

IT IS FURTHER ORDERED that Plaintiffs and/or Payees shall not have the power to affect a Transfer of Payment Rights except as provided in subparagraph (b) above, and any other

purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment

rights that has not been so approved will be a direct violation of this order and shall be wholly

void.

IT IS THEREFORE ORDERED that <u>no execution</u> issue on this Final Partial Agreed

Judgment in favor of the Minor Plaintiff against Defendant J&J's Bargain Barn, LLC.

SIGNED ON this _____ day of _____, 2022.

_____
JUDGE PRESIDING

**AGREED AS TO FORM AND CONTENT:**

By: */s/ James Holmes* (with permission)
    James A Holmes
    THE LAW OFFICE OF JAMES HOLMES, P.C
    212 South Marshall
    Henderson, TX 75654
    903-657-2800
    903-657-2855 (fax)
    jh@jamesholmeslaw.com
    ***ATTORNEY FOR PLAINTIFFS***

By: */s/ Paul Bezney*
    Paul A. Bezney
    Larissa Prilliman
    ADKERSON, HAUDER & BEZNEY, P.C.
    1700 Pacific Avenue, Suite 4450
    Dallas, Texas 75201
    larissa@ahblaw.net
    bezney@ahblaw.net
    Telephone: (214) 740-2500
    Facsimile: (214) 740-2501
    ***ATTORNEYS FOR J&J'S BARGAIN BARN, LLC***

By: */s/ Kurt Truelove* (with permission)
    Kurt Truelove
    TRUELOVE LAWFIRM
    P.O. Box 1409
    Marshall, TX 75671
    903-938-8321
    ***GUARDIAN AD LITEM***