IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JILLIAN SIPES, Individually & On Behalf of JIMMY LEE SIPES & As Next Friend of J.S.,<br><br>Plaintiff,<br><br>V.<br><br>STATE FARM MUTUAL AUTOMOBILE INS. CO. & STEPHANIE ANDERS,<br><br>Defendants. | § § § § § § § § § § § § § § | CIVIL ACTION NO. 2:21-CV-236 |

## AGREED PARTIAL FINAL JUDGMENT

On this the 29th day of November, 2022, came to be heard the above-entitled and numbered cause, wherein appeared Jillian Sipes, Individually and OBO the Estate of Jimmy Lee Sipes and A.N.F. of J.S., a minor, and Madison Sipes (hereinafter "Plaintiffs") and Stephanie Anders (hereinafter "Defendant").

Plaintiffs, Jillian Sipes, Individually and OBO the Estate of Jimmy Lee Sipes and A.N.F. of J.S., a minor, and Madison Sipes, appeared by and through her counsel of record, James Holmes. Plaintiff J.S. appeared by and through their court appointed Guardian Ad Litem, Kurt Truelove, and Defendant Stephanie Anders appeared by and through their counsel of record, Carrie Garcia Sanders.

After considering the pleadings and evidence, the Court is of the opinion and finds that J.S. is a minor, that the minor Plaintiff's Next Friends is Jillian Sipes, that the next friend is fully informed that the liability of Defendant is uncertain, indefinite and disputed; that the Minor Plaintiff has recovered or is in the process of recovering from the effects of his injuries; that the

next friend is fully informed with respect to the facts of liability, the disputed nature of the cause of action, the nature and extent of the injuries and damages claimed; and that, with knowledge of the cause of action as above-said, the parties hereto have agreed to compromise and settle such cause of action in full settlement of the respective claims of all parties.

The Court is further of the opinion and finds that the Settlement Agreement and Release entered into by and between Plaintiffs and Defendant, to settle all claims, demands and causes of action herein involved is reasonable, fair, just, and in the best interest of J.S., a minor, and the same is hereby in all things approved, incorporated and made a part of this Judgment.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the settlement recommendations contained in the Report of Guardian Ad Litem as to the Minor on file with the Court is incorporated as if set forth herein, and is in all respects approved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the settlement in the amount of $20,000.00 by Defendant for a full and final release and dismissal is approved along with the breakdown as follows:

A. To Jillian Sipes, Indv. and OBO the Estate of Jimmy Lee Sipes and ANF of Jackson Sipes, a minor, and Madison Sipes, and the Law Office of James Holmes, the sum of $3,543.57 for full and final satisfaction of expenses;

B. To The Law Office of James Holmes, the sum of $1,202.70 for full and final satisfaction of attorney's fees for Jackson Sipes;

C. To Jillian Sipes, Indv. and OBO the Estate of Jimmy Lee Sipes and the Law Office of James Holmes, the sum of $9,051.03 for full and final satisfaction of claims;

D. To Madison Sipes, and the Law Office of James Holmes, the sum of $3,702.70 for full and final satisfaction of claims;

E. To Pacific Life & Annuity Services, Inc. OBO J.S., a minor, the sum of $2,500.00 to fund the periodic payments, as outlined below:

> Payee: J.S., whose DOB is 2-1-12
> Beginning 02/01/2030, $49.03 per month for 7 years certain only, with the last guaranteed payment on 01/01/2037 (84 guaranteed payments)

The obligation to make the periodic payments described herein may be assigned to Pacific Life & Annuity Services, Inc and funded by an annuity contract issued by Pacific Life Insurance Company.

All sums set forth herein constitute damages on account of personal injuries and sickness in a case involving physical injury or physical sickness within the meaning of Section 104(a)(2) of the Internal Revenue Code of 1986, as amended.

IT IS FURTHER ORDERED that Plaintiffs and/or Payees acknowledge and agree that neither the periodic payments nor any rights thereto or interest therein (collectively, "Payment Rights") can be:

(a) accelerated, deferred, increased or decreased by the Plaintiffs and/or Payees;

(b) sold, mortgaged, assigned, pledged, hypothecated or otherwise transferred or encumbered, either directly or indirectly, by the Plaintiffs and/or Payees unless such sale, assignment, pledge, hypothecation or other transfer or encumbrance (any such transaction being hereinafter referred to as a "Transfer") has been approved in advance in a "qualified order" as outlined in Section 5891(b)(2) of the Internal Revenue Code of 1986, as amended (a "Qualified Order"), and approved by the then sitting Judge of this Court and otherwise complies with applicable state law, including without limitation to any and all applicable state structured settlement protection statues.

IT IS FURTHER ORDERED that Plaintiffs and/or Payees shall not have the power to affect a Transfer of Payment Rights except as provided in subparagraph (b) above, and any other purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment rights that has not been so approved will be a direct violation of this order and shall be wholly void.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Guardian Ad Litem, Kurt Truelove is awarded the sum of **$2,500.00** as fee for services rendered paid by Defendant.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all costs of Court, with the exception of the Guardian Ad Litem fees as set forth above, are to be borne by the party incurring same. It further appears to the Court that all sums and costs herein concerned have been fully paid as aforesaid by Defendant. Accordingly, it is further ORDERED that no execution shall issue hereon, this Judgment being fully satisfied. The Judgment finally disposes of all claims against Defendant Stephanie Anders.

SIGNED this 29th day of November, 2022.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND CONTENT:**

_____
James Holmes
State Bar No. 0084290
jh@jamesholmeslaw.com
*Attorney for Plaintiffs*

_____
Kurt Truelove
State Bar No. 24013653
Kurt@truelovelawfirm.com
*Guardian Ad Litem for Minor Plaintiff J.S.*

_____
Carrie Garcia Sanders
State Bar No. 24040948
cgarciasanders@andersontruitt.com
*Attorney for Defendant Stephanie Anders*